IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| JEFFREY D. ARP, | ) |
| | ) |
| v. | ) 2:05-0023 |
| | ) |
| JO ANNE B. BARNHART, Commissioner of Social Security. | ) |

## ORDER

Before the Court is the Report and Recommendation of Magistrate Judge Brown in which he recommends Plaintiff's Motion for Judgment on the Administrative Record be granted and the decision of the Commissioner be reversed and the cause remanded for further administrative proceedings.

The Court has read and considered the Report and finds the same to be correct in fact and law. For the reasons set forth in the Report and Recommendation, the Motion for Judgment on the Administrative Record by the Plaintiff is hereby **GRANTED,** and the decision of the Commissioner is **REVERSED** and the cause **REMANDED** for further administrative proceedings, to include updating the medical record and rehearing.

It is so **ORDERED**.

Thomas A. Wiseman, Jr.
Senior U.S. District Judge